IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF TEXAS
FORT WORTH DIVISION

| | | |
|---|---|---|
| BRENDA FORD, | § | |
|     Petitioner, | § | |
| | § | |
| VS. | § | CIVIL ACTION NO.4:09-CV-145-Y |
| | § | |
| W. ELAINE CHAPMAN, Warden, | § | |
| FMC-Carswell, | § | |
|     Respondent. | § | |

ORDER ADOPTING
MAGISTRATE JUDGE'S FINDINGS AND CONCLUSIONS

In this action brought by petitioner Brenda Ford under 28 U.S.C. § 2241, the Court has made an independent review of the following matters in the above-styled and numbered cause:

1. The pleadings[1] and record;

2. The proposed findings, conclusions, and recommendation of the United States magistrate judge filed on June 30, 2009; and

3. The petitioner's written objections to the proposed findings, conclusions, and recommendation of the United States magistrate judge filed on July 8, 2009.

The Court, after **de novo** review, concludes that Ford's objections must be overruled, that the respondent's motion to dismiss should be granted, and that the petition for writ of habeas corpus under 28 U.S.C. § 2241 should be dismissed for lack of jurisdiction, for the reasons stated in the magistrate judge's findings and conclusions.

Therefore, the findings, conclusions, and recommendation of the magistrate judge are ADOPTED.

Respondent's motion to dismiss (docket no. 5) is GRANTED.

Brenda Ford's petition for writ of habeas corpus under 28

---

[1] On June 9, 2009, Petitioner filed a document entitled "Motion in Opposition to Respondent's Response and Request to Dismiss Writ of Habeas Corpus," (docket no. 6) which is hereby construed, and should be docketed as a response to Chapman's motion to dismiss (docket no. 5).

U.S.C. § 2241 is DISMISSED for lack of jurisdiction.

    SIGNED July 13, 2009.

                                              TERRY R. MEANS
                                              UNITED STATES DISTRICT JUDGE

2